UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

RALSTON CLARKE,

    Plaintiff,

v.

TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; HSBC BANK, N.A.; BANK OF AMERICA; LVNV FUNDING, LLC; MIDLAND FUNDING, LLC; SEARS A/K/A CITIBANK CBNA; SHELL A/K/A CBNA; VERIZON WIRELESS,

    Defendants.

Case No. 13-cv-02991 (CM)
ECF Case

9/29/14

Take Mr. Haddad off the ECF list.

*Colleen McMahon*

**NOTICE OF MOTION FOR AN ORDER RECOGNIZING THE WITHDRAWAL OF ATTORNEY FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

PLEASE TAKE NOTICE that, pursuant to Southern District of New York Local Rule 1.4, and upon the accompanying Declaration of Nicholas W. Haddad, Defendant Experian Information Solutions, Inc. ("Experian") requests an order from the Court recognizing the withdrawal of Nicholas W. Haddad as attorney of record in the above-captioned matter. As set forth in the accompanying Declaration, Nicholas W. Haddad is no longer associated with the law firm of Jones Day.

Vanessa A. Nadal, associated with Jones Day, has appeared in this action and will continue as counsel of record for Experian.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/14
```

Dated:  New York, New York
       September 19, 2014

Respectfully submitted,

/s/  Vanessa A. Nadal

Vanessa A. Nadal
Jones Day
222 E 41st Street
New York, NY 10017
(212) 326-7835

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Vanessa A. Nadal, certify that on September 19, 2014, I caused the foregoing Notice of Motion for an Order Recognizing the Withdrawal of Counsel for Defendant Experian Information Solutions, Inc. to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

        /s/ *Vanessa A. Nadal*

        Vanessa A. Nadal

        *Attorney for Defendant*
        *Experian Information Solutions, Inc.*