# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

Wall Street Plaza, 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

Direct Dial: 212-376-6413
Email: RDLane@mdwcg.com

| PENNSYLVANIA | DELAWARE |
|---|---|
| Bethlehem | Wilmington |
| Doylestown | |
| Erie | OHIO |
| Harrisburg | Cleveland |
| King of Prussia | FLORIDA |
| Philadelphia | Ft. Lauderdale |
| Pittsburgh | Jacksonville |
| Scranton | Orlando |
| | Tampa |
| NEW JERSEY | NEW YORK |
| Cherry Hill | Long Island |
| Roseland | New York City |

January 22, 2015

**MEMO ENDORSED**

*Conference scheduled for 1/30/15 @ 10:00 am.*

*[signature] Colleen McMahon*
*1/23/15*

**Via ECF**
Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
Brooklyn, New York 10007

Re:   **Ralston Clarke v. Trans Union, LLC, et. al.**
      **Case No.: 13-cv-02991-CM**

Dear Judge McMahon:

    I write on behalf of the Defendant, Midland Funding, LLC ("Midland") in response to the Court's order directing the parties to provide a status of this case. This case has settled with respect to Midland. During a conference call with the parties yesterday, counsel for the plaintiff, Mr. Okocha, confirmed this and advised that he would draft and circulate a stipulation of voluntary dismissal of the claims against Midland to be filed with the Court. I expect that such stipulation of voluntary dismissal will be filed in short order.

    Respectfully Submitted,

    /s/

    R. David Lane, Jr. (RD 2435)

cc:   Via ECF and Email
      Osita Okocha (counsel for Plaintiff)
      Justin Walton (counsel for Trans Union)
      Brian Olson (counsel for Equifax)
      Theresa Conception (counsel for LVNV)
      Jennifer Messina (counsel for Experian)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 1/23/15