

ATTORNEYS AT LAW

800 Third Avenue
13th Floor
New York, NY 10022

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

March 18, 2015

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1312

                     Re:    *Clarke v. Trans Union, LLC et al.*
                             *Docket No. 13-cv-02991-CM-AJP*

Dear Judge McMahon:

       We represent Defendant LVNV Funding, LLC ("LVNV") in the above-referenced matter.  On behalf of Defendants LVNV, Experian Information Solutions, Inc. ("Experian") and Trans Union, LLC ("Trans Union") and Equifax Information Services, LLC ("Equifax"), we respectfully request that the Court stay discovery and all other deadlines in this case in light of the motion to withdraw by Plaintiff's counsel, which was filed on March 13, 2015, and the referral to Magistrate Peck for resolution of outstanding discovery disputes.  While Defendants LVNV, Experian, Trans Union and Equifax do not take a position regarding the withdrawal motion, we respectfully submit that a stay of discovery and the interim deadlines would provide all parties with the opportunity to avoid the incurrence of defense costs until the motion to withdraw is decided and until new counsel is retained for Plaintiff, if ever.

       We thank the Court for its consideration in this matter.

                                        Respectfully submitted,

                                        HINSHAW & CULBERTSON LLP


                                        By: *s/ Concepcion Montoya*
                                                 Concepcion A. Montoya


cc:     All Counsel (Via ECF)

131021799v1 0949537