# HINSHAW
& CULBERTSON LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/15

**ATTORNEYS AT LAW**
800 Third Avenue
13th Floor
New York, NY 10022

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

## MEMO ENDORSED

March 18, 2015

**VIA ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*[Handwritten endorsement:]* 3/19/2015 No stay. I will permit Judge Peck to rule after the counsel issue is decided. Meanwhile, your clients should not be put through any more proceedings unnecessarily.

    ***Re:*** ***Clarke v. Trans Union, LLC et al.***
       ***Docket No. 13-cv-02991-CM-AJP***

Dear Judge McMahon:

  We represent Defendant LVNV Funding, LLC ("LVNV") in the above-referenced matter. On behalf of Defendants LVNV, Experian Information Solutions, Inc. ("Experian") and Trans Union, LLC ("Trans Union") and Equifax Information Services, LLC ("Equifax"), we respectfully request that the Court stay discovery and all other deadlines in this case in light of the motion to withdraw by Plaintiff's counsel, which was filed on March 13, 2015, and the referral to Magistrate Peck for resolution of outstanding discovery disputes. While Defendants LVNV, Experian, Trans Union and Equifax do not take a position regarding the withdrawal motion, we respectfully submit that a stay of discovery and the interim deadlines would provide all parties with the opportunity to avoid the incurrence of defense costs until the motion to withdraw is decided and until new counsel is retained for Plaintiff, if ever.

  We thank the Court for its consideration in this matter.

            Respectfully submitted,

            HINSHAW & CULBERTSON LLP


            By: *s/ Concepcion Montoya*
              Concepcion A. Montoya

cc:  All Counsel (Via ECF)

131021799v1 0949537