

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/26/15

**SCHUCKIT & ASSOCIATES PC**
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 917.363.2400 | FAX 317.363.2257 | schuckitLAW.com

RECEIVED
MAR 25 2015
CHAMBERS OF
ANDREW J. PECK

March 25, 2015

**VIA FACSIMILE ONLY**
(212)-805-7933

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York City, NY 10007-1312

Approved.

SO ORDERED
Hon. Andrew Jay Peck                 3/26/15
United States Magistrate Judge

Copies by ECF to:
All counsel
Judge McMahon

    **RE:** *Ralston Clarke vs. Trans Union, LLC, et al.*
        U.S. District Court, Southern District of New York
        Case No. 13-civ-2991 (CM) (MHD)

Honorable Judge Peck:

We represent Trans Union, LLC, ("Trans Union") and Equifax Information Services LLC ("Equifax") in the above-referenced matter and respectfully request leave of Court to telephonically appear and participate at the Status Conference [Doc. No. 73] (the "Conference"), currently scheduled for April 1, 2015 at 10:30 a.m. in Courtroom 20D.

Good cause exists to grant Trans Union and Equifax leave to appear by telephone as lead counsel will be required to travel from Zionsville, Indiana, and Atlanta, Georgia respectively to New York City, New York and thus, Trans Union and Equifax will incur significant travel costs and attorneys' fees for lead counsel to participate in the Conference in person. I assure the Court that we can and will meaningfully participate by telephone in all respects as may be necessary.

                         Very truly yours,

                         SCHUCKIT & ASSOCIATES, P.C.

                         Justin T. Walton

                         KING & SPALDING

                         Brian J. Olson

cc: Mr. Ralston Clark (plaintiff) (by first-class mail)
Christina Marie Conroy, Esq. (by ECF)
Concepcion A. Montoya, Esq. (by ECF)
Theresa Concepcion, Esq. (by ECF)
Chris J. Lopata, Esq. (by ECF)
Jennifer K. Messina, Esq. (by ECF)