UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RALSTON CLARKE,

       Plaintiff,  :  13 Civ. 2991 (CM)(AJP)

      -against-  :  ORDER OF DISMISSAL

TRANS UNION, LLC, et al.,  :

       Defendants.  :
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      For the reasons stated at today's hearing (<u>see</u> transcript), and on all parties' consent, this case is <u>DISMISSED</u> with prejudice and without cost because of the FCRA's statute of limitations, 15 U.S.C. § 1681p. The Clerk of Court shall close the case and provide notice of appeal to plaintiff.

      SO ORDERED.

Dated:    New York, New York
           April 1, 2015

                                          _____
                                          **Andrew J. Peck**
                                          United States Magistrate Judge

Copies to:    Ralston Clarke (reg. & cert. mail)
                All Counsel
                Judge McMahon